IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL L. MYATT,

    Defendant,

and,

WELLS FARGO BANK,

    Garnishee.

NO. CR 98-576 HA

CLERK'S NOTICE OF POST
JUDGMENT GARNISHMENT
AND INSTRUCTIONS
TO DEBTOR

    YOU ARE HEREBY NOTIFIED that a Writ of Garnishment was issued based upon a judgment entered against you by the Court, in the above-captioned and numbered case, in the amount of $1,707,240.00, plus interest at the rate of 6.241%. A balance of $2,414,125.03 remains outstanding. The Garnishment was served on Garnishee, WELLS FARGO BANK,

    Attn: Legal Order Processing Depart.
    Fax: 480-724-5102

and it is believed that the Garnishee may have property of yours in its custody, possession, or control.

    In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you can

show that the exemptions apply. Attached to the Writ is a summary of the major exemptions which apply in most situations in the State of Oregon.

If you are MICHAEL L. MYATT, defendant, you have a right to ask the court to return your property to you if you think you do not owe the money to the Government that it says you do, or if you think the property the Government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of the notice. Your request must be in writing. If you wish, you may use this notice to request the hearing by checking the box below. You must either mail it or deliver it in person to the Clerk of the United States District Court at 1000 SW Third Avenue, Suite 740, Portland, Oregon 97204. You must also send a copy of your request to the United States Attorney at: United States Attorney, District of Oregon, Attention: Robert D. Nesler, Assistant U. S. Attorney, 1000 SW Third Avenue, Suite 600, Portland, Oregon 97204, so the Government will know you want a hearing.

The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the Government. If you do not request a hearing within 20 days of receiving this notice, your property may be applied to the debt you owe the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or

PAGE 2 - CLERK'S NOTICE TO DEBTOR

deliver it in person to the Clerk of the Court at: 1000 SW Third Avenue, Suite 740, Portland, Oregon 97204. You must also send a copy of your request to the Government at: United States Attorney, District of Oregon, Attention: Robert D. Nesler, 1000 SW Third, Suite 600, Portland, Oregon 97204, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

DATED this __15__ day of __October__ 2007.

Sheryl McConnell
Clerk, United States District Court

By:____M. Kenne____
Deputy Clerk

## REQUEST FOR HEARING

_____ I do request a hearing because:

_____ I disagree with the reason that the Government gives for taking my property.

_____ I do not owe the money to the Government as it says I do.

_____ The property that the Government is taking is exempt.

DATED this _____ day of _____ 2007.

                                                                    _____
                                                                    MICHAEL L. MYATT, Defendant
                                                                    CR 98-576 HA

                                                                    ADDRESS: _____

                                                                    _____

                                                                    Telephone No. (___)_____