**KARIN J. IMMERGUT, OSB #96314**
United States Attorney
**ROBERT D. NESLER, OSB #85379**
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
(503) 727-1069
FAX: (503) 727-1117
Internet E-mail Address: bob.nesler@usdoj.gov
  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | NO. CR 98-576 HA |
| MICHAEL L. MYATT, | |
| Defendant. | CERTIFICATION OF SERVICE OF DOCUMENTS ON JUDGMENT DEBTOR |
| and, | |
| WELLS FARGO BANK, | |
| Garnishee. | |

The United States of America, the judgment creditor herein, hereby certifies that a copy of the Application for Writ, Instructions to Garnishee, Writ of Garnishment, Clerk's Notice, and Answer of Garnishee, was sent to the judgment debtor by first-class mail on this date at 15415 SW 155th Court, Beaverton, OR 97007, and service was

made upon the garnishee via certified mail on October 15, 2007, at Wells Fargo Bank Attn: Garnishments, 1300 SW Fifth Avenue, Portland, OR 97201.

DATED this __19th__ day of ___October___ 2007.

                                        Respectfully submitted:

                                        KARIN J. IMMERGUT
                                        United States Attorney

                                        _/s/ Jerri Duarte_____
                                        JERRI S. DUARTE
                                        Paralegal Specialist