IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 98-576 HA |
| v. | |
| MICHAEL L. MYATT, | ORDER TO QUASH WRIT OF GARNISHMENT |
| Defendant. | |
| and, | |
| WELLS FARGO BANK, | |
| Garnishee. | |

The United States of America requests that the garnishment be quashed pursuant to 28 U.S.C. § 3205(c)(10)(A) of the Federal Rules of Civil Procedure. It is hereby ORDERED that the Writ of Garnishment be quashed, and the Garnishee desist withholding of Defendant's bank accounts.

DATED this _2_ day of November, 2007.

HONORABLE ANCER L. HAGGERTY
United States District Judge

PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney

ROBERT D. NESLER, OSB # 85379
Assistant United States Attorney