BILLY J. WILLIAMS, OSB #901366
United States Attorney
District of Oregon
**JESSIE D. YOUNG, OSB #135246**
Assistant United States Attorney
Jessie.Young@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL L. MYATT,**

**Defendant.**

**3:98-cr-00576-01-SI**

**STIPULATED ORDER FOR RESTITUTION PAYMENT**

A judgment was entered in the above-referenced case on August 18, 2000, in the United States District Court, for the District of Oregon. Defendant was ordered to pay $1,707,240.00, plus interest. He has paid $1,192,807.98. The current balance is $2,499,826.27. Defendant stipulates and the court so finds and orders that defendant's financial circumstances establish his ability to make a lump sum payment of not less than $673,000 by December 31, 2020, which has been received.

It is further ordered pursuant to the stipulation of the parties that no further payments will be required until July 15, 2021, at which time defendant shall submit a sworn financial statement to the United States Attorney's Office for review and consideration of whether defendant is financially able to make an additional payment or payments prior to the expiration of the subject judgment on October 18, 2021.

The government agrees and the court so finds that its pending motion is now moot.

Defendant understands and agrees that defendant's debt shall remain in the Treasury Offset Program until the expiration of the judgment and further agrees that any funds received pursuant to said program shall be in addition to, not in lieu of, the payment required by this agreement.

Dated: January 14, 2021.

The Honorable Michael H. Simon
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

*/s/ Jessie D. Young*
JESSIE D. YOUNG, OSB #135246
Assistant United States Attorney

MICHAEL L. MYATT, Defendant

HAROLD WATSON GOWDY, III., Attorney for Defendant

It is further ordered pursuant to the stipulation of the parties that no further payments will be required until July 15, 2021, at which time defendant shall submit a sworn financial statement to the United States Attorney's Office for review and consideration of whether defendant is financially able to make an additional payment or payments prior to the expiration of the subject judgment on October 18, 2021.

The government agrees and the court so finds that its pending motion is now moot.

Defendant understands and agrees that defendant's debt shall remain in the Treasury Offset Program until the expiration of the judgment and further agrees that any funds received pursuant to said program shall be in addition to, not in lieu of, the payment required by this agreement.

Dated: January ____, 2021.

(see prior page)

The Honorable Michael H. Simon
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney

JESSIE D. YOUNG, OSB #135246
Assistant United States Attorney

MICHAEL L. MYATT, Defendant

HAROLD WATSON GOWDY, III., Attorney for Defendant